UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR12-0355-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT LORENZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having held proceedings regarding revocation of supervised release on March 27, 2018, the Court hereby imposes a sentence of time served with no supervised release to follow. (Dkt. No. 93 at 2.) The Court DIRECTS the U.S. Marshall's Service to release Defendant forthwith.

DATED this 27th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk